**Exhibit A to the Complaint**

**Location:** McKinney, TX  **IP Address:** 76.182.227.115
**Total Works Infringed:** 114  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3D529E2397EE3802A5411B5D31C9A6C4B3D0DE19<br>File Hash:<br>C009FE4637E08734CB95874CE385D82F772091B39479EAF7042D53FC8796B9D2 | 04-20-2022 13:32:10 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 2 | Info Hash: 3859669F36A1637B502BFBC8FD651F5F1702F4F0<br>File Hash:<br>D9169B18EB34A72EC1945ECB01CFA18873780F2FD8EE43164FFE190BA19A4715 | 02-17-2022 07:55:43 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 3 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash:<br>9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08-19-2020 13:40:50 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 4 | Info Hash: BE73C4CC6884CB88CF794C0213E207EBE0DAB7C3<br>File Hash:<br>1B6B7F7807BADA5A705ABB9CBD3E35370FFD6F92E1FFFEDFD4CC3989A3681D74 | 08-10-2020 15:29:18 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 5 | Info Hash: BE4B46F6A8ABD1186B038D994500B6EB1DD7EF7E<br>File Hash:<br>684FE6046532A3C8C95795967C62F4D68F1C62AEDF616E01E2DBE8BBCDB23C91 | 08-04-2020 14:35:37 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |
| 6 | Info Hash: 70F50AFA3EA776978DDA89056394C76F329E76FD<br>File Hash:<br>622C928A86D45B2F977C5E2EAB950E3D251C729EB4D6886E037E802F79A9FB7F | 08-03-2020 03:47:33 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 7 | Info Hash: E9A534A7AB5554B70FCCEDC2C12370D2539D669D<br>File Hash:<br>77F3DB6BE616CC219945AAC187E97622CC57E89C838CDDC92983BDD7B4E48C25 | 07-28-2020 19:06:55 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 8 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash:<br>7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07-27-2020 13:50:36 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 9 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash:<br>4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-22-2020 12:47:39 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 10 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash:<br>9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07-21-2020 03:13:42 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 11 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash:<br>427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07-13-2020 14:09:33 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-07-2020 14:42:44 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 13 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07-06-2020 17:54:03 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 14 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-06-2020 17:17:44 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 15 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 06-10-2020 13:39:11 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 16 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06-08-2020 04:26:54 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 17 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 06-03-2020 14:19:09 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 18 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06-01-2020 14:57:55 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 19 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-26-2020 13:36:50 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 20 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05-26-2020 13:13:01 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 21 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-26-2020 13:11:03 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 22 | Info Hash: 7B6DC3B43F27F7A78D780904B0D816AE522C040F<br>File Hash: 579A1948B93C58119D774ABEB9E3879A48EE09B31EBD0118ADF5F98DDA28AF20 | 05-19-2020 13:32:20 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 23 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05-11-2020 13:54:56 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash:<br>7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04-29-2020 13:05:56 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 25 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash:<br>F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 04-19-2020 03:41:09 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 26 | Info Hash: CBB775C8E18D7CF49C7D4023561FCD3BF791FCC1<br>File Hash:<br>A8EB9CE47F8D943BEC380599C0BDBB56B7BD12D87F5717C45F2A8DAFCA1725A1 | 04-06-2020 12:56:11 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 27 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash:<br>C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 03-30-2020 17:53:40 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 28 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash:<br>90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 03-24-2020 23:47:08 | Blacked Raw | 03-17-2020 | 04-17-2020 | PA0002246171 |
| 29 | Info Hash: FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash:<br>8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 03-24-2020 23:10:24 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 30 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash:<br>1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 03-17-2020 23:21:08 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 31 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F<br>File Hash:<br>A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03-17-2020 09:43:54 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 32 | Info Hash: 23E43B228B65931383298585524686EC8A3D27DD<br>File Hash:<br>8EC1A7B7BA789A2BED239919D106408CFD244CD0050F7E3832677F2401FB879C | 03-13-2020 21:05:26 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 33 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash:<br>B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 03-13-2020 18:39:34 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 34 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash:<br>7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 03-09-2020 12:53:04 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 35 | Info Hash: A4BBE3B57AAA6F4CB4A2ED5B496363153AFA6DF4<br>File Hash:<br>C47FDE28401E3454CDED32CADE1EE3AB18694835627C068235512800FCC039CB | 03-06-2020 02:42:02 | Blacked | 03-05-2020 | 04-15-2020 | PA0002246102 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3AE6DC9DEC514352B218937506C2CC49489B66AC<br>File Hash: 80389DD58C2A0EF8455DE7085F761D3D88CFBEE72DE85C6DE4BA4E1C6C44EB80 | 03-03-2020 00:14:29 | Blacked | 02-29-2020 | 04-15-2020 | PA0002246058 |
| 37 | Info Hash: 78BD9B435990A76BF106093FE3911BA28DA3EDAC<br>File Hash: D97ABF96F5445B726ABBF7E8EE0A20DC3843FC9B58DF75DDE9EE5DD8A175A5BC | 02-27-2020 00:03:26 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 38 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02-21-2020 02:59:10 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 39 | Info Hash: EC453B436B53533EF9467AD30D49CF9F9738C2B1<br>File Hash: CE02331B0303C2EAF999F859894AB3D84F82ED930CC5EBC8A1E3CC7D418A943B | 02-21-2020 00:00:52 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 40 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 02-14-2020 17:21:28 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 41 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02-11-2020 00:00:31 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |
| 42 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02-06-2020 00:05:15 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 43 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 02-05-2020 00:12:49 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 44 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 02-04-2020 00:59:57 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 45 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995<br>File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 01-31-2020 10:24:48 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 46 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01-31-2020 04:08:59 | Blacked Raw | 01-27-2020 | 03-15-2020 | PA0002240550 |
| 47 | Info Hash: 23C388D3240653681F962910C68DC6BDE0D4777A<br>File Hash: 6A406B895FB41CA502D4D50EF13223FD8D927292F48E1DBD9AA8E813A921B45F | 01-26-2020 14:17:01 | Blacked | 01-25-2020 | 02-20-2020 | PA0002229054 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash:<br>881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 01-26-2020 14:16:36 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 49 | Info Hash: 266D7D2CB7B0767E86DBFA6578C5EFD4C9C4BDC8<br>File Hash:<br>461804B3EAA88A48C2FF568380D37DBB0DA68FDD190090F52D40989D0AEC2BC2 | 01-24-2020 17:08:54 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 50 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash:<br>4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 01-21-2020 00:49:40 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 51 | Info Hash: C366374CBE8AD6F991FE8B2487DC45C9AB0E1E6B<br>File Hash:<br>04762106C5244D99ED2C8C9116E6850EF0F59ABCF4A21B57B0D42E55483203CA | 01-17-2020 14:48:06 | Vixen | 01-14-2020 | 02-03-2020 | PA0002236203 |
| 52 | Info Hash: 94CBDD8BCCF8992E03D43CFB213E7757565AFF84<br>File Hash:<br>D88E7CD565BB651B10EA873B6AC7042869309730661B405DBA73FA6A8C083FBC | 01-17-2020 14:29:26 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 53 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-14-2020 04:33:35 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 54 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01-03-2020 15:24:41 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 55 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash:<br>27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 01-03-2020 01:59:42 | Blacked Raw | 12-28-2019 | 01-27-2020 | PA0002223954 |
| 56 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash:<br>3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 12-27-2019 22:31:07 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 57 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash:<br>71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 12-27-2019 19:17:28 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 58 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash:<br>E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 12-25-2019 02:43:01 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 59 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash:<br>09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12-24-2019 10:02:28 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: E2254BBDEFC3BCAA0AF48565B77D4091D431EDE5<br>File Hash:<br>685D1620CFAE4AAACC0E61E2F67392078CC9A986BAC260C7C954FCA1479F22BD | 12-20-2019 12:55:51 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 61 | Info Hash: 1F5056D2F0CFFD05EA0C69EAE4D19F67E4FC70E9<br>File Hash:<br>041D8F8F1C59EE8A62F504D6A791189502DDB7EABF0DB4C67DE8B0A5399E008F | 12-10-2019 00:29:20 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 62 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash:<br>DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12-10-2019 00:04:28 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 63 | Info Hash: 5540C89E5B872A3EB29D38D7D6C59134B3342F74<br>File Hash:<br>82122CF99D24467F82ADC0C7F5A830B00FD0166A2DACD7D573A461C90D4BA438 | 12-03-2019 04:11:41 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |
| 64 | Info Hash: 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8<br>File Hash:<br>3DB3F80054ED0D29DFA68FE027F5643AC0F95A19A404265FF87772A7CFA608A5 | 12-03-2019 04:04:27 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 65 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash:<br>99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11-27-2019 00:09:08 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 66 | Info Hash: 4B8206143BB5B2FC32FFB929C01DFB2AFB41E3F0<br>File Hash:<br>D040CE2AED438AC35E83E768CB924134CF102337FED2470503372ED77F0175A1 | 11-26-2019 05:20:18 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 67 | Info Hash: 34AAAF2C90CC0ADE6FD9CC36319965D2A1251820<br>File Hash:<br>85235CC4068718E1A88E1BB1BF080A494DB47753FA007297830113174D917061 | 11-26-2019 00:13:43 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 68 | Info Hash: 54B67313D193E6798845A5DB91D47CEAAB70E00A<br>File Hash:<br>13E61405D672EEEA9C35E8A9D4336CB7F30CB40E29E5D09E3A693E2930B03BF5 | 11-22-2019 00:08:54 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 69 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash:<br>2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11-15-2019 00:00:49 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |
| 70 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830<br>File Hash:<br>D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 11-12-2019 00:23:58 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 71 | Info Hash: 03BDBAB1ACA79F441D77CEC21E238F41A94C8553<br>File Hash:<br>57C68256BB15BB4FD7569464BC37D87E22482ACEAFEB9E1920C98EA583FEB0CE | 11-07-2019 00:03:01 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 96B6DF6F07557BF75B692CA02CB795E46D5FE01E<br>File Hash: 01C0875D555524736F6241650251B6AE7F3C5007D6B00907DC9CC01D94CEEC53 | 11-03-2019 19:19:33 | Blacked Raw | 11-03-2019 | 11-27-2019 | PA0002213995 |
| 73 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 10-31-2019 23:05:37 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 74 | Info Hash: FEBAF57CA996D5196472E8AF6EB4C1EE529ED0AE<br>File Hash: F610AF4E7317158E7904EE23DC4681C0341CC815410A3C76FF3AD642509B0CAA | 10-29-2019 23:04:03 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 75 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 10-29-2019 23:03:15 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 76 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 10-24-2019 23:01:18 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 77 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 10-23-2019 03:23:32 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 78 | Info Hash: 71CDE1D6A34644CAD4EFCCC1581D55107B84CE0F<br>File Hash: E6A03BC0D9B055B2E441EE1649F1560B70105621DC0458E1B33BB513E3159338 | 10-21-2019 21:31:06 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 79 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 10-11-2019 13:09:55 | Blacked Raw | 10-09-2019 | 11-05-2019 | PA0002210286 |
| 80 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 10-08-2019 23:23:49 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 81 | Info Hash: 73DFB9E01775300A351722EFAA0DAD384952EBF0<br>File Hash: BC069A88481A788CCFC4E186459FE4F3384DC7AB48F6D46CFF338AE125CADC4E | 10-08-2019 23:01:13 | Blacked | 10-07-2019 | 10-21-2019 | PA0002207742 |
| 82 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10-07-2019 04:06:44 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 83 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 10-02-2019 01:23:27 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 09-23-2019 21:14:58 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 85 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09-16-2019 23:25:59 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 86 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307<br>File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 09-15-2019 15:11:15 | Blacked Raw | 09-14-2019 | 10-01-2019 | PA0002217360 |
| 87 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 09-13-2019 12:29:08 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 88 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09-08-2019 15:09:33 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 89 | Info Hash: ABA4D8EAA0CB1F71B8DA4F2D142059EF13E510A2<br>File Hash: 11E939004CE5108EB1303108658C1EB60CE0F40B00ACE324788196A3FF8FC386 | 09-05-2019 23:01:12 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 90 | Info Hash: 1A6470E21E54EE628069047098E9B5DFB9B17ED2<br>File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 09-03-2019 23:27:44 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 91 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash: 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 09-03-2019 23:20:59 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 92 | Info Hash: 81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash: 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 09-03-2019 23:11:59 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 93 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 08-30-2019 14:29:29 | Blacked | 08-28-2019 | 09-13-2019 | PA0002200704 |
| 94 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08-26-2019 23:01:34 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 95 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 08-21-2019 23:03:20 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08-19-2019 23:11:52 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 97 | Info Hash: C6A16AF61498B40015401768A655EC382074206A<br>File Hash: DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 08-19-2019 23:04:17 | Blacked | 08-18-2019 | 09-17-2019 | PA0002216216 |
| 98 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 08-14-2019 23:04:10 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 99 | Info Hash: AE22AB5504C05C2B883232F07799C9925A3CBA59<br>File Hash: 81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 08-12-2019 04:06:38 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 100 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 08-09-2019 12:50:24 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 101 | Info Hash: 119865B12B2D00532C76D2237A3199800911CC54<br>File Hash: DC86BD741DE512B287F18A98CA3F94B9C7E7C06D66D020C76439330A20F44B86 | 08-07-2019 23:26:20 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |
| 102 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 08-02-2019 12:42:15 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 103 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 08-01-2019 03:39:26 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 104 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08-01-2019 03:33:08 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |
| 105 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07-26-2019 04:19:37 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 106 | Info Hash: B9B81CF9CBB5D7F20ABD0C5309DBDA097FB73E8F<br>File Hash: 0849B9D7F5C9F028EE9A411A4BF78ABD002C61F54554764DDDEE9A1D9EBD3E91 | 07-25-2019 23:39:16 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |
| 107 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 07-18-2019 23:30:23 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash: 141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 07-15-2019 23:15:45 | Blacked | 07-14-2019 | 08-02-2019 | PA0002192303 |
| 109 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07-15-2019 23:07:00 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 110 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07-12-2019 18:01:47 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 111 | Info Hash: 96C8D3DF7723CD5C079EDCF3C0FA8B3CDC02A415<br>File Hash: ED4EA3BC547E9B8040F781B8FD61D7F01466CECDEFAC76E8572A1ECBBA1BF392 | 07-12-2019 14:41:25 | Blacked Raw | 07-11-2019 | 09-17-2019 | PA0002216212 |
| 112 | Info Hash: FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C<br>File Hash: 2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 07-02-2019 23:10:31 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 113 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 07-01-2019 23:16:12 | Blacked Raw | 07-01-2019 | 07-17-2019 | PA0002188302 |
| 114 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 07-01-2019 23:10:27 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |